TO: The Judge of Said Court.  1-16-15
COURT OF CRIMINAL Appeals of Texas.  (65,015-01)
P.O. Box 12308 Capitol Station
AUSTIN, TEXAS  78711  TRIAL CT NO. 051815
DATE 11-7-2006

FROM: RONALd DALE ALEXANder
T.D.C.J # 1328129
UNiT- NEAL UNiT
9055 Spur 591
AMARiLLO, TEXAS 79107
DATE - JAN-16-15
RE. WRiT NO. WR-65, 015-01

RECEIVED IN
COURT OF CRIMINAL APPEALS

JAN 23 2015

Abel Acosta, Clerk

DEAR Judge OF SAid COURT,
This LETTER IS TO INFORM you of my
Decision To File Civil SUiT And FEDERAL
CRiMiNAL charges ON you, EX GovERNON Rick
PERRY- PRESENT GovERNON GREG ABBOTT, PRESENT
ATTORNEY OF TEXAS, ASSiT. ATTORNEy GENERAL OF TEXAS
CARA HANNA, COMMiSSiON ON Judical Conduct
COMMiTTEES, STATE OF TEXAS, TEXAS STATE BAR ASSOC,
EX GovERNON And EX PRESidENT GEORGE W. Bush JR,
EX PRESidENT GEORGE H Bush SR, STATE OF TEXAS STATE
BAR ASSOC, OF DALLAS, TEXAS, T.D.C.J RECORds OFFice
PO BOX 99, HUNTSViLLE, TX 77342, Chairman OF
CLASSiFicATiON, HUNTSViLLE, TX S- BUENYELLO,
EX T.D.C.J DiRECTOR JAMES ANdy COLLiNS, EX
T.D.C.J DiRECTOR, ThADLER, T.D.C.J BoARd
OF TRUSTEES (ALL OF Them), T.D.C.J QUARTERMAN, DiRECTOR
T.D.C.J DOCTORS FROM NEAL, UNiT SKY ViEW UNiT, TEXAS
Tech MEdicAL BRANCh, UNiT OF TEXAS MEdicAL BRANCh,

(1.)

EX LT. GOVERNON Bob Bullock, EX T.DC.J Director (Doctor) WAYNE SCOTT, STATE OF TEXAS MEDICAL EXAMINER, EX ATTORNEY GENERAL OF TEXAS, DAN MORALES, NORTH TEXAS STATE HOSPITAL OFFICALS which ARE DR JOESPH BLACK, DR ELDORODO SANCHAZ And DR JAMES E. Smith, CRIMINAL APPEALS COURT OF TEXAS, 5th CIRCUIT COURT OF APPEALS NEW, ORLEANS LA, EX COUNTY ATTORNEY OF GRAYSON COUNTY, SHERMAN, TX 75090, COUNTY ATTORNEY OF GRAYSON COUNTY SHERMAN, TX JOESPH B. BROWN, GRAYSON COUNTY SHERIFF DEPT, GRAYSON COUNTY SHERIFF J. KEITH GARY, DENISON TEXAS 75020 POLICE DEPT, DENISON POLICE CHEIF JIM LOVELL, DENISON POLICE OFFICERS, O'COUNSE, MICHAEL EPPLER CHEIF DETECTIVE, THOMAS FAIR, SECOND SHIFT SUPERVISOR, LT DANCER, ALLEN DE MORCE, DARRWIN ARMSTRONG UNDER COVER OFFICERS TIM AND SHANE, ESTERS, ARIZONA, KING, INTERNAL AFFAIRS DENISON POLICE DEPT, INTERNAL AFFAIRS GRAYSON COUNTY, MAJOR OF GRAYSON COUNTY SHERIFF DEPT TOMMIE RAINES, EX. MAJOR OF GRAYSON SHERIFF DEPT SHEILA RATCLIFF, 15th DIST COURT JUDGE JIM FALLON, JUDGE TEMPLE DRIVER, JUDGE RAY GRISHAM, JUDGE DON JARVIS, EX COUNTY JUDGE TIMOTHY McGRAW, EX COUNTY ATTORNEY ROBERT JARVIS, DR CHARLES KEENNA, SHERMAN, TX 75090, DR ROLONDO ORE, T.M.C MEDICAL CENTER, TEXOMA MEDICAL CENTER HOSPITAL DIRECTOR AND HOSPITAL ADMINSTARTOR,

And the Revolt Court Oder, the discharge 1-16-15
paper from the 1-12-93 charge and
the names of all three foreman of the three compeny
hearings. The court ask for all of these records.
Dr Barry Zindel, Denison, Texas 75020,
City of Denison, TX Finace Director, past
and present city of Denison city couniman,
past and present city of Texas mayor's and the
present Denison, TX Police Dept clerk,
Grayson county Dist clerk Tracey Powers,
ex Grayson county dist clerk Cydin mathis
Spencer, 15th Dist court reporter, 15th
Dist court clerk, all Board of Pardons
and paroles from 1993 until 2001,
Sam Rayburn V.A. medical center, Bonham
Texas - the DR that unlawful release
my V.A medical records over to Grayson
County Judges, ex Judge James Fry,
Attorney Barrett Keith Brown, Attorney John
Nix, Attorney Rick Dunn, Attorney William
Ben Munson, Attorney Scott Shearer, Dallas,
TX my Attorney in 1993 case. Bonham Tx
V.A. medical center Sam Rayburn — the medical
records Dept personel who release my medical
records over to Grayson county Judges, the
V.A. Hospital Administrator of the Sam Rayburn
medical center and V.A. reginal office veterans
service center manager Mrs Pandi van Houten
Waco, Tx 77699, North Texas Postal Service,
Denison Tx Postal service, Sherman, Tx Postal
service, T.D.C.J mail room personal, Its
mail room supervisors and legal clerks - Neal
Mrs (Dockray - Neal unit)

P.S. I need the indictment, sentence, Judgment, complaint and information, documents to the 1-12-93 3-9-04 charges
The probation Revolt indiction ment, sentensen judgment, complaint and information

(3)

UNIT, SKYVIEW UNIT MRS HUDDERSON, MAILROOM SUPERVISOR
WARDENS, MAJORS, Building CAPTAINS - WARDEN
JAMIE BAKER, CAPT CARREON, CAPT PERSHOWA
PESHOWA, LAW LIBRARY - ADMINSTRATOR -
WHITFIELD, LAW LIBRARY OFFICER GOSSITT,
EX MAJOR NOW ASSIT WARDEN NASH, EX WARDEN
HOOTEN, ALL OF THE NEAL UNIT AMARILLO, TX.
U.S. POSTAL SERVICE POLICE DIVISION, FT.
WORTH, TEXAS, U.S. POST MASTERS GENERAL
POTTER AND PRESENT POST MASTER GENERAL
WASHINGTON, D.C., WAL MARK OWNERS - BOARD
OF TRUSTEES AND 50 DIFFERENT BANKS TO
INCLUDE J.P. MORGAN CHASE BANKS,
LOCATIONS IN DENISON, TX, NEW YORK CITY,
LONDON ENGLAND, CITI BANKS IN HOUSTON,
TX, NEW YORK CITY AND WOOD FORREST BANKS
IN DENISON, TX AND HOUSTON, TX OWN BY
WAL MARK AND ALL THE OTHER PEOPLE,
BANKS, ECT THAT'S INVOLVED IN THIS CASE.
THIS CASE WAS REFER TO THE U.S. JUSTICE
DEPARTMENT WASHINGTON DC, AND THEY REFER
IT TO U.S. SUPREME COURT WASHINGTON D.C.
ALL OF YOU ARE PENDING CIVIL SUIT, FEDERAL
CRIMINAL CHARGES ON 100 COUNTS OF FEDERAL
CRIMINAL CHARGES, SOME OF THESE CHARGES
ARE FALSE IMPRISONMENT - 2 COUNTS - 1993 1-12-93
CHARGE AGG ASSAULT ON PUBLIC SERVANT, WHICH
WAS SELF DEFENSE, 3-19-04 CHARGE AGG ASSAULT
(4)

ON PUBLIC SERVANT WHICH NEVER HAPPEN- FALSE
IMPRISONMENT ON THAT 3-19-04 CHARGE.
DOUBLE JEOPARDY IN THE LAW BECAUSE THE
3-19-04 CHARGE WAS A FALSE FABICATED CHARGE
THAT NEVER HAPPEN. ILLEGAL ENHANCMENT
OF THE 1-12-93 CHARGE AND THE 3-19-04
CHARGE. ILLEGAL CONFINEMENT IN A STATE
MENTAL HOSPITAL AND ILLEGAL CONFINEMENT
IN T.D.C.J MENTAL HOSPITAL WHEN THERE
WAS NOTHING WRONG WITH ME. MY DOCTOR
I WAS UNDER WILL TESTIFY THAT
SHE EXAMINE ME 1 WEEK BEFORE GARYSON
COUNTY JUDGES JAMES FRY AND JUDGE
JIM FALLON ILLEGALLY AND UNLAWFUL
PUT ME IN NORTH TEXAS STATE HOSPITAL
WITH THE HELP OF SHERIFF J. KEITH GARY
DOCTOR CHARLES KEENNA AND CROOKED
COURT JURY. MY DOCTOR EXAMINE ME
AND PUT IT IN WRITING IN HER RECORDS
THAT I WAS TO SEE HER IN 6 MONTHS
SO ALL OF YOU LIED, CONSPIRED, CAME
ON A PLAN CONSPRICY AND ILLEGALLY
PLACE ME IN PRISON. I HAVE BEEN
DENIED MY COURTS RECORDS, TRIAL TRANSCRIPT
TRIAL RECORDS ON - THE 1-12-93 CHARGES
3-19-04 CHARGES, ALL THREE COMPENCY
HEARING THAT TOOK PLACE ON NOV-9-2004,

CTEBER 2005 AND JULY 2007 RECORDS WAS REFUSED TO ME BY YOU AND GRAYSON COUNTY JUDGE JIM FALLON AND S. BUENTELLO AND DIST CLERK GRAYSON COUNTY TRACEY POWERS AND CYDIN MATHIS SPENCER. JUNE-9-2005 COMPENCY WAS DENIED BY YOU AND T.DCJ CID RECORDS OFFICE AND GRAYSON COUNTY DIST CLERK. A COURT ORDER WAS ISSUED ON NOV. 18-14 FOR T.DCJ CID RECORDS OFFICE AND THE GRAYSON CLERK TO RELEASE ALL REQUESTED COURT RECORDS, TRIAL TRANSCRIPTS, AND TRIAL RECORDS OVER TO ME AND I REVIEW THEM TO SEND TO THE COURT AND TO THE CLEMECY SECTION OF THE BOARD OF PARDONS AND PAROLES IN AUSTIN, TX. THIS PAROLE BOARD SENT ME APPLACATION FOR A FULL PARDONS OF INNOCENT AND GRAYSON COUNTY COURY OFFICALS REFUSE TO RELEASE ALL RECORDS, TRIAL TRANSCRIPS, TRIAL RECORDS, POLICE REPORTS AND LAB REPORTS FROM THE DENISON POLICE DEPT AND T.D.W RECORDS OFFICE. INDICTMENT HAS ALREADY STARTED. I NEED YOU TO RELEASE THESE COURT RECORDS OVER TO ME AS MY OWN APPOINTED ATTORNEY BY SAID COURT. I'M ALSO FILING ON GRAYSON COUNTY ASSIT COUNTY AYTY Bobbi PETERSON PROBATION OFFICER GLENDA SPOON AND AYY M. MITCHELL. I WAS PUT ON DEFERRED ADJ PROBATION

2-24-05

FOR 8 YEARS AND A RETALATION CHARGE WAS REVOLT AND

(6)

P.S. I WANT YOU TO RELEASE THE COURT RECORDS THAT THE COURT ORDER ISSUED ON NOV 18-14 THE STATE OF Texas Ronald Dill Thomas your Name

WAS GIVEN 15 YEARS IN TDCJ PRISON